UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAELINE RITO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASTELLA IMPORTS, INC. and CASTELLA IMPORTS II, LLC,<br><br>Defendants. | **CIVIL ACTION NO**. **1:15-cv-8395-GBD**<br><br><br>**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that pursuant to this Court's January 10, 2018 Preliminary Approval Order, at the Final Approval Hearing scheduled for 10:00 a.m. on April 25, 2018, Plaintiffs will move before the Honorable George B. Daniels, U.S.D.J. for an order granting final approval of the Class Action Settlement.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely on the Plaintiffs' Brief in support of Motion for Final Approval of Class Action Settlement submitted herewith, the previously filed Certification of Berezny filed in support of the Motion for Preliminary Approval (D.E. 62-4), the Certification of Joseph LoPiccolo previously filed in Support of the companion Motion for Agreed-Upon Attorneys Fees' and Costs and Class Representative Service Award filed March 1, 2010 (D.E. 64), the previously filed Declaration of Daniel V. Gsovski, executed February 27, 2018 (D.E. 66) and the Declaration of Daniel V. Gsovski, executed March 22, 2018 filed herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants do not oppose this Motion. A Proposed Order Granting Final Approval of Class Action Settlement, Approval of Attorneys' Fees And Costs, Approving Service Awards And Entering Final Judgment is also submitted herewith.

Respectfully submitted this 26th day of March 2018.

**POULOS LOPICCOLO PC**

By: ___/s/Joseph LoPiccolo_____
      Joseph LoPiccolo
      John Poulos

311 W. 43rd Street, 11th Floor, Ste 124
New York, NY 10036
Tel.  (646)-937-0011
Fax  (732)-358-0180

**NAGEL RICE, LLP**

By:___/s/Bruce H. Nagel_____
      Bruce H. Nagel (Admitted Pro Hac Vice)
      Randee M. Matloff (Admitted Pro Hac Vice)

103 Eisenhower Parkway
Roseland, NJ 07068
Tel. (973) 618-0400
Fax  (973) 618-9194

*Attorneys for Representative Plaintiff and the Class*